Charles E. HARVEY, Jr. A Minor by his mother and next friend Lindora HAMILTON, Appellant,

v.

OLD AMERICAN INSURANCE COMPANY, Respondent.

No. WD 34288.

Missouri Court of Appeals, Western District.

Jan. 17, 1984.

John R. Campbell, Jr., Kansas City, for appellant.

Martin J. Purcell, Elizabeth D. Badger, Bruce E. Baty, Morrison, Hecker, Curtis, Kuder & Parrish, Kansas City, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

PER CURIAM.

ORDER

Appeal from summary judgment.

Judgment affirmed. Rule 84.16(b).